# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Teresa Kirk, | No. CV-19-04918-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Dev Hotels LLC, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulated Motion to Dismiss with Prejudice. (Doc. 50.) For good cause shown,

**IT IS ORDERED** that this action and all claims the parties asserted against one another are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 25th day of February, 2020.

Douglas L. Rayes
United States District Judge